UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM RAY BARTON,<br>    Petitioner,<br>v.<br>JEFF MACOMBER, et al.,<br>    Respondents. | Case No. 17-cv-04860-JCS (PR)<br><br>**ORDER OF DISMISSAL** |

Petitioner has not paid the filing fee by the deadline. Accordingly, this action is DISMISSED without prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

Because this dismissal is without prejudice, petitioner may move to reopen the action. Any such motion must be accompanied by full payment for the $5.00 filing fee.

The Clerk shall enter judgment in favor of respondents, and close the file.

**IT IS SO ORDERED.**

**Dated:** October 4, 2017

                                                         JOSEPH C. SPERO<br>
                                                       Chief Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM RAY BARTON,<br><br>    Plaintiff,<br><br>v.<br><br>JEFF MACOMBER, et al.,<br><br>    Defendants. | Case No. 17-cv-04860-JCS<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on October 4, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

William Ray Barton ID: B-71646
California State Prison-Sacramento
P.O. Box 290066
Represa, CA 95671

Dated: October 4, 2017

    Susan Y. Soong
    Clerk, United States District Court

    By:_Karen L. Hom_____
    Karen Hom, Deputy Clerk to the
    Honorable JOSEPH C. SPERO